UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAZAYA TRADING CO.,

                Plaintiff,

-against-

THE FUNG GROUP, et al.,

                Defendants.
-----------------------------------------------------------X

18 CIVIL 8669 (VM)

# JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 6, 2020, the motion so deemed by the Court as filed by defendants The Fung Group, Li & Fung Limited, Global Brands Group Holding Limited, and Fung Holdings Limited to dismiss the Complaint of plaintiff Mazaya Trading Company pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is GRANTED.

**Dated:** New York, New York
        January 27, 2020

                                          **RUBY J. KRAJICK**

                                          Clerk of Court

                BY:

                                          **Deputy Clerk**